# United States District Court

SOUTHERN DISTRICT OF FLORIDA

MAR 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

RYAN EVANS CREECH

## WARRANT FOR ARREST

CASE NUMBER: 00-6082

CR-FERGUSON

MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____RYAN EVANS CREECH_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title _21_ United States Code, Section(s) _841(a)(1) & 846_

Clarence Maddox
**Name of Issuing Officer**

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

*[signature]*
**Issuing Officer**

3-30-00
**Date and Location**

*[signature]* LURANA S. SNOW

Bail fixed at $ 100,000 CORPORATE SURETY BOND    by CHIEF UNITED STATES MAGISTRATE JUDGE
**Name of Judicial Officer**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |