COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RYAN CREECH (J)                     CASE NO: 00-6082-CR-FERGUSON
AUSA: ROGER POWELL /Pres/                 ATTY:
AGENT:                                    VIOL:
PROCEEDING I/A ON INDICTMENT              RECOMMENDED BOND  PTD
BOND HEARING HELD - yes/no                COUNSEL APPOINTED
____ BOND SET @
____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to:

Advised of charges — to
retain counsel

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:  4-10  11  BSS
                        PTD/BOND HRG:         4-12  10  BSS
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:

Date: 4/7/00   Time 9:30   FTL/LSS TAPE #00- 021   Begin: 338  End: 446

18