COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Ryan Creech (J)#         CASE NO: 00-6082-CR-Ferguson
AUSA: Roger Powell *present*   ATTNY: Darryl Wilcox
AGENT:                         VIOL:
PROCEEDING: Inquiry re Counsel BOND REC: APD

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

A. sworn for Counsel

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:   DATE:      TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: XX     4-12-00    10:00am     BSS
PRELIM/ARRAIGN. OR REMOVAL: XX XXXXX   4-12-00    10:00am     BSS
STATUS CONFERENCE:

DATE: 4-10-00      TIME: 11:00am     TAPE # 00-023 PG# 2
                                     290-383

19