# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RYAN EVANS CREECH

## WARRANT FOR ARREST

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RYAN EVANS CREECH
                                           Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

**charging him or her with** (brief description of offense)
CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title 21 United States Code, Section(s) 841(a)(1) & 846

Clarence Maddox
**Name of Issuing Officer**

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

*[signature]*
Issuing Officer

3-30-00
Date and Location

LURANA S. SNOW

Bail fixed at $ 100,000 CORPORATE SURETY BOND    by CHIEF UNITED STATES MAGISTRATE JUDGE
                                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at
Detainer pick up from BSO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/30/2000 | James A. Tassone, US Marshal | *[signature]* |
| DATE OF ARREST | | |
| 4/7/2000 | FOR: DEA | Fred Depompa, SDUSM |