UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # __55261-004__

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR __00-6082-CR-WDF__
                      ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
__RYAN EVANS CREECH__ )
       Defendant

*******************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

*******************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __4-7-00__ am/pm

(2) Language Spoken: __ENGLISH__

(3) Offense(s) Charged: __CONS/POSS/INTENT METHAMPHETAMINE__

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: __2-5-77__

(6) Type of Charging Document: (check one)
    [X] Indictment [ ] Complaint To be filed/Already filed
    Case# __00-6082-CR WDF__

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: __CRISPIN__

(10) Agency: __DEA__ (11) Phone: _____

(12) Comments:

22