RECEIVED & FILED IN BOTH COURT
ON 4-12-00
FC
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA )
)
v. )
)
RYAN EVANS CREECH, )
)
                    Defendant. )
_____/

## GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRE-TRIAL DETENTION

THIS CAUSE having come before this Court on the Government's Motion for Pre-trial Detention of the above reference defendant, the United States of America hereby files its Memorandum in Support of an Order denying the defendant bond and detaining the defendant pending trial for the reasons set forth below.

### FACTS

On March 1, 2000, Drug Enforcement Administration Task Force Agent Robert W. Crispin (TFA) received information from a Confidential Source (hereafter referred to as "CS1") that Ryan CREECH (an Atlanta, Georgia resident) and Robbie ACEVEDO (a Florida resident) would conduct a narcotics transaction involving Multi-thousand dosage units of MDMA (METHYLENEDIOXYMETHAMPHETAMINE 3,4) (also known as "ecstasy") in exchange for United States Currency (USC). According to the CS1, CREECH would travel between Atlanta, Georgia and Fort Lauderdale, Florida, via AirTRAN Airlines for the purpose of completing this



transaction and body wrap the MDMA for transport back to Georgia where it would be distributed to a number of his regular customers. Following this information, TFA Crispin contacted AirTRAN Airlines and learned that CREECH had traveled in excess of (twenty) 20 times between Georgia to Florida since May of 1999 on trips of short duration. Based on this information, Agents from DEA conducted surveillance on CREECH as he exited an AirTRAN Airlines jet on March 01, 2000, in Fort Lauderdale, Florida. As Agents followed CREECH, he was observed meeting with co-defendant William CRAWFORD, who in turn met with co-defendant Robbie ACEVEDO. During surveillance, Agents were able to corroborate CREECH purchasing 7000 dosage units of MDMA from ACEVEDO for $20,000 USC with CRAWFORD acting as go between. CREECH was arrested while transporting the MDMA back to his residence in Atlanta, Georgia from Fort Lauderdale, Florida and confessed to having made over 20 such trips since June 2, 1999 (see Government's Exhibits 1a thru 1f). Following this transaction, CREECH, ACEVEDO and CRAWFORD were taken into custody. Post arrest statements after Miranda warnings by CREECH revealed he is connected with an organization in the South Florida area responsible for importing 5 million units of MDMA on a monthly basis. Defendant CREECH reported that upon arrival back to Atlanta, Georgia he stored the MDMA within his residence until directed to drop off the MDMA at a pre-arrigned location. CREECH identified his residence address as being 1270 West Peachtree Street, Apartment 15, Atlanta, Georgia. 30309.

On April 1, 2000, DEA Agents executed a search warrant at the residence of defendant CREECH in Atlanta, Georgia. During the search, Agents recovered drug ledgers, airline boarding passes in the name of "Ryan CREECH ," telephone records connecting defendant CREECH to co-defendants CRAWFORD and ACEVEDO along with photographs containing defendants CREECH

and CRAWFORD.  On April 3, 2000, agents responded to All Points Travel Agency located in Atlanta, Georgia and were able to obtain receipts containing the signature of CREECH for reservations to fly from Atlanta, Georgia to Fort Lauderdale (see Government's Exhibit 2a thru 2j). Agents noted that the reservations contained same day travel for CREECH to depart Atlanta for Fort Lauderdale and return later that evening or the next morning.  These reservations were confirmed during a post arrest debriefing statement by defendant CREECH to be trips for the purpose of purchasing at least 7, 000 units of MDMA each time. During an interview with defendant CREECH's roommate in Atlanta, Georgia, agents learned that CREECH telephoned his roommate from jail and instructed him to dispose of a 9mm handgun from under the mattress of CREECH'S bed.  The roommate subsequently removed this handgun and concealed it in another location in Atlanta, Georgia.  Following the interview by DEA Agents, roommate brought agents to the hidden location and turned over one 9mm Glock handgun.  This handgun was ultimately determined by agents via teletype to be reported stolen by the Cobb County Sheriffs Office, Atlanta, Georgia.  Agents further obtained names and telephone numbers relative to the distribution network for MDMA by defendant CREECH in the Atlanta, Georgia area.

<u>ARGUMENT</u>

The Government's proffer to this Court establishes by a preponderance of the evidence that defendant Ryan Evans Creech possesses a risk of flight if released on bond pending trial.  In addition, there is clear and convincing evidence that the defendants also possess a danger to this community.

The defendant has been charged with or has committed violations of the Controlled

3

Substances Act (21 U.S.C. § 801 et seq.), for which the Federal Sentencing Guidelines range is 121

- 151 months imprisonment (7,000 units = 1,520 grams X 35 grams marihuana = 53,200 grams X 20

loads = 1,064 kilos of marihuana; level 32, range 121 - 151 months), there is considerable reason to

believe that defendant Creech is a risk of flight and danger to the community [18 U.S.C. § 3142(e)].

United States v. Quartermaine, 913 F.2d 910 (11th Cir. 1990).

The Government's proffer, in accordance with the factors to be considered in 18 U.S.C. §

3142(g), suggest substantial evidence of the defendant's risk of flight and danger to the community,

namely:

1. 7,000 units of MDMA multiplied times 20 such loads, each drug load a Schedule I narcotic controlled substance, and each offense admitted by the defendant;

2. The evidence which includes cooperating witnesses, a drug seizure, travel records and numerous drug ledgers showing controlled substances transported and sold by the defendants, as indicated in the above facts, is strong.

3. The defendant faces up 12 years imprisonment under the Sentencing Guidelines as set out above not including any adjustment for leadership role;

4. The defendants are now aware of the Government's case against them, having heard the Government's proffer;

5. The Government's confidential informant has agreed to testify should this case proceed to trial and will introduce all of the prior drug trafficking by the defendant between Fort Lauderdale and Atlanta listed above;

4

6.    While the defendant has been incarcerated he attempted to conceal evidence of other criminal activity and dispose of a stolen firearm in his possession.

7.    The defendant's co-conspirators in this case have both been pre-trial detained by a Federal Magistrate Judge after a similar hearing. (See Attached Orders).

8.    The defendant resides in Atlanta, Georgia with no ties to South Florida other than drug trafficking.

Clearly the Government's factual recitation established by a preponderance of the evidence that the defendant is a risk of flight. United States v. King, 849 F.2d 485 (11th Cir. 1988). In addition to providing sufficient evidence of the defendant's risk of flight, the Government's proffer also established that the defendants are a danger to this community if given a bond prior to trial.

<u>CONCLUSION</u>

The facts presented to this Court support a finding that defendant Ryan Creech is a flight risk and a danger to the community. For the reasons stated above, the United States requests that this Court enter an Order granting the Government's motion for pretrial detention of the defendant.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:    _Roger W. Powell_

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 341411
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel:(954) 356-7255, Fax: 356-7336

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Memorandum of Law was hand delivered on the _12th_ April , 2000, to the Federal Public Defender representing the defendant at bond hearing.

_Roger W. Powell_

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

6

```
(FNnamesc) Generic name search ($revision: 1.9 $)RYAN
01) CREECH/RYAN              ** no flights **    C3UTBF
02) CREWS/WADE               ** no flights **    TWIIQ0
03) CREECH/RYAN             23JUN/ATL-FLL 1255   C4RNBE      1
04) CREECH/RYAN             22JUN/RSW-ATL 1845   C4K8BE      2
05) CREECH/RYAN             21JUN/ATL-FLL 1950   C47MBE      3
06) CREECH/RYAN             19JUN/FLL-ATL 1700   C6CPBD      4
07) CREECH/RYAN             17JUN/ATL-FLL 1950   C5M7BD      5
08) CREECH/RYAN             15JUN/FLL-ATL 1910   C4WFBD      6
09) CREECH/RYAN             15JUN/ATL-FLL 1015   C4EGBD      7
10) CREWS/BLAKE              ** no flights **    C5WKBC
11) CREECH/RYAN             02JUN/ATL-FLL 1500   C4NNBB      3
12) CREECH/RYAN              ** no flights **    C4I9BB
13) CREASY/DAVID             ** no flights **    T7R5NO
14) CREGO/MEREDITH           ** no flights **    C4AWBA
15) CREECH/RYAN              ** no flights **    K3UMBL

Do you want me to continue searching? 2521 to go
This will take a while...(try HELP RETRIEVE)  much faster ways are...
Other forms of search like 'by fltno/date-name' or 'by phone number'.

KnSHave read 6000 of 8521 recs
Enter choice number('EX' to quit):
```

GOVERNMENT
EXHIBIT
1/a

PENGAD-Bayonne, N.J.

```
(FNnamesc) Generic name search ($revision: 1.9 $)RYAN
01) CREWS/BRET              ** no flights **    C6EEBI
02) CREWS/BRET              ** no flights **    C6ECBI
03) CREECH/RYAN            23JUL/FLL-ATL 0610   C5UQBI    9
04) CREGO/JOSE             ** no flights **     TDCFUO
05) CREECH/RYAN            21JUL/FLL-ATL 1910   C4UEBI    10
06) CREGO/JONATHAN         ** no flights **     C4CABI
07) CREECH/RYAN            15JUL/FLL-ATL 1700   C5KCBH    11
08) CREWS/BENJAMIN         ** no flights **     C5J7BH
09) CREWS/CLISTON CHD      ** no flights **     W3FRBH
10) CREECY/GARY            ** no flights **     C5RRBG
11) CREASE/MARGOT          ** no flights **     C5IMBG
12) CREECH/ROBERT          **· no flights **    TBJ8SO
13) CREECH/RYAN            08JUL/FLL-ATL 1505   C4IUBG    12
14) CREASY/WILLIAM         ** no flights **     C44CBG
15) CREASY/WILLIAM         ** no flights **     C446BG
16) CREECH/RYAN EVANS      05JUL/ATL-FLL 1950   C3S3BG    13
17) CRESS/DAVID            ** no flights **     C5ILBF
18) CREECH/RYAN            01JUL/RSW-ATL 1845   C57FBF    14
19) CREECH/RYAN            01JUL/ATL-RSW 1030   C4VJBF    15
20) CREECH/RYAN            28JUN/ATL-FLL 2125   C3V8BF    16
KnSHave read 5115 of 8521 recs
Enter choice number('EX' to quit):
```



GOVERNMENT
EXHIBIT
1(6)

```
(FNnamesc) Generic name search ($revision: 1.9 $)RYAN
01) CREECH/JOHN            ** no flights **    F3CICC
02) CREECH/JOHN            ** no flights **    F3CFCC
03) CREECH/RYAN            19AUG/ATL-FLL 1255  TDGAYO    17
04) CREECH/RYAN            17AUG/ATL-FLL 0830  T55PYO    13
05) CREAGH/CYDE            ** no flights **    TW5KXO
06) CREWSE/MARIANNE        ** no flights **    C5NDCB
07) CREECH/RYAN        .   10AUG/ATL-FLL 0830  C4CKCB    17
08) CREWS/CYNTHIA          ** no flights **    H5TGCA
09) CREECH/RYAN            05AUG/ATL-FLL 0830  C536CA    20
10) CREECH/JOHN            ** no flights **    C4VZCA
11) CREWS/BENJAMIN         ** no flights **    C68VCL
12) CREWS/BEN              ** no flights **    C5SICL
13) CREWS/BENJAMIN         ** no flights **    C5JPCL
14) CREWS/BEN              ** no flights **    C4V8CL


Do you want me to continue searching? 4021 to go.
This will take a while...(try HELP RETRIEVE)  much faster ways are...
Other forms of search like 'by fltno/date-name' or 'by phone number'.


KnSHave read 4500 of 8521 recs
Enter choice number('EX' to quit):
```



GOVERNMENT
EXHIBIT
1 (c)

```
(FNnamesc) Generic name search ($revision: 1.9 $)RYAN
01) CREECH/RYAN          05OCT/ATL-FLL 1000    C6AQDL      2i
02) CREWS/CHRISTIAN      ** no flights **      U1IJFO
03) CREASY/CAROLYN       ** no flights **      C7GDCI
04) CREECH/RYAN          28SEP/FLL-ATL 2000    C663CI      22
05) CREECH/RYAN          28SEP/ATL-FLL 1000    C63PCI      23
06) CREWS/LINDA          ** no flights **      C7VSCH
07) CREWS/JAMES          ** no flights **      C7VSCH
08) CREECH/RYAN          21SEP/ATL-FLL 1305    C6B6CH      24
09) CREEK/MICHAEL        ** no flights **      U7GPDO
10) CREECH/RYAN          16SEP/ATL-FLL 1000    C6Z9CG      25
11) CREWS/JENEE          ** no flights **      U15UCO
12) CREECH/RYAN          09SEP/ATL-FLL 1940    C4U6CF      26
13) CREECH/RYAN          08SEP/ATL-FLL 1000    U4UMBO      27
14) CREWS/CHRISTY        ** no flights **      C5H6CE
15) CREECH/RYAN          02SEP/ATL-FLL 1015    U517AO      28
16) CREWS/W              ** no flights **      C574CD
17) CREECH/RYAN          27AUG/ATL-MCO 1630    C54ECD      29
18) CREECH/RYAN          26AUG/ATL-FLL 0830    TC5JZO      30
19) CREECH/RYAN          24AUG/ATL-FLL 0830    C42DCD      31
20) CREECH/RYAN          24AUG/FLL-ATL 1910    T2KPZO      32
KnSHave read 3862 of 8521 recs
Enter choice number('EX' to quit):
```

GOVERNMENT EXHIBIT

1 (d)

PENGAD-Bayonne, N. J.

```
(FNnamesc) Generic name search  ($revision: 1.9 $)RYAN
01) CREWS/NATALIE          ** no flights **    C5JHEL
02) CREWS/BARNEY           ** no flights **    C5JHEL
03) CREASY/BRYAN           21DEC/SAV-ATL 0700  C5J6EL
04) CREECH/ROBERT          ** no flights **    UI7700
05) CREGO/CATHERINE        ** no flights **    U84SOO
06) CREECH/RYAN            25NOV/FLL-ATL 0730  U7SBMO    33
07) CREWS/AGNES            ** no flights **    C6RJDF
08) CREECH/RYAN            09NOV/ATL-FLL 1000  U4V7KO    34
09) CREWS/JOSHUA           ** no flights **    C75HDD
10) CREECH/RYAN            02NOV/ATL-FLL 1000  U57TJO    35
11) CREECY/MICHELLE        ** no flights **    UZPRJO
12) CREECH/RYAN            26OCT/ATL-FLL 1305  C6A6DC    36
13) CREWS/JOHN             ** no flights **    UR3AHO
14) CREECH/RYAN            19OCT/ATL-FLL 1000  U5FNHO    37
15) CREECH/RYAN            14OCT/ATL-FLL 1000  C7M9DA    38
16) CREECH/RYAN            12OCT/ATL-FLL 1000  C6A7DA    39
17) CREWS/SHONDEANA        ** no flights **    C63JDA
18) CREWS/JAMES            ** no flights **    UB7EFO


KnSHave read 3000 of 8521 recs
Enter choice number('EX' to quit):
```


GOVERNMENT
EXHIBIT
1 (e)
PENGAD-Bayonne, N. J.

```
(FNnamesc) Generic name search ($revision: 1.9 $)RYAN
01) CREWS/DARYL              ** no flights **    A719IO
02) CREWS/BARRY             ** no flights **    AGANHO
03) CREECH/RYAN            23FEB/ATL-FLL 1000   ABIAHO     40
04) CRESS/STEVE             ** no flights **    AZZTG1
05) CREECH/BOBBY S          ** no flights **    ACB7FO
06) CREECH/RYAN            10FEB/ATL-FLL 1735   ABRNFO     41
07) CREWS/RENA              ** no flights **    ANLADO
08) CREWS/JERRY             ** no flights **    AW2KCO
09) CREECH/RYAN            21JAN/FLL-ATL 2000   AMVRCO     42
10) CREWS/DENNIS            ** no flights **    C5L8LC
11) CREWS/JAMES             ** no flights **    AG2LBO
12) CREQUE/HENRY O          ** no flights **    AQHDAO
13) CREECH/RYAN            28DEC/FLL-ATL 1600   U1N4RO     43
14) CREECH/RYAN             ** no flights **    U9M2PO     44
15) CREECH/RYAN            15DEC/ATL-FLL 1730   C5SFEL     45

Do you want me to continue searching? 7021 to go.
This will take a while...(try HELP RETRIEVE)  much faster ways are...
Other forms of search like 'by fltno/date-name' or 'by phone number'.

KnSHave read 1500 of 8521 recs
Enter choice number('EX' to quit):
```



GOVERNMENT
EXHIBIT
1 (F)

PENGAD-Bayonne, N. J.

# ALL P🌐INTS
## *T R A V E L*

phone: (404) 873-3631
fax: (404) 873-3633

**ansley mall midtown atlanta**
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: NM/ZWSRR8

DELIVER TO

CPU/COD

57706
**INVOICE NO.**

SOLD TO

RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE: NOV 01 1999        ACCT. NO.:   MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| AIRTRAN AIRWAYS FL 357    A | 02NOV TUE | ATLANTA W B HARTSFIELD | FT LAUDERDALE FLL INTL TERMINAL 3 | 1000A | 1150A |
| | | BAGGAGE 2 PIECES AIRCRAFT:DY9 | | NON STOP 1:50 DURATION | |
| AIRTRAN AIRWAYS FL 110    A | 02NOV TUE | FT LAUDERDALE FLL INTL TERMINAL 3 | ATLANTA W B HARTSFIELD | 0800P | 0947P |
| | | BAGGAGE 2 PIECES AIRCRAFT:717 | | NON STOP 1:47 DURATION | |

```
     AIR FARE 399.84      TAX 39.66           TOTAL USD          428.50
                                       PROCESSING FEE            10.00

                                       INVOICE TOTAL USD         438.50

PAYMENT: XCASH

CREECH/RYAN                            TICKET:      332 7949A12991
```

.TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE, PHOTO ID IS REQUIRED.
.THESE TICKETS ARE REFUNDABLE, ANY CHANGES MAY BE SUBJECT
TO AVAILABILITY AND POSSIBLE A FARE INCREASE.
SEATS ASSIGNED WERE BEST AVAILABLE AT TIME OF BOOKING.
INQUIRE AT GATE FOR POSSIBLE REASSIGNMENT.
.THANK YOU FOR ALLOWING ME TO PLAN YOUR TRAVEL.
YOUR PERSONAL TRAVEL PLANNER IS NEAL MILLER.
       CUSTOMER APPROVAL: X...........

**GOVERNMENT EXHIBIT**
2(a)

INVOICE NUMBER 0000057706

00112

**AIRLINE TICKETS** ☐ **TOURS** ☐ **CRUISES**
CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

# ALL P☉INTS
## *T R A V E L*

phone: (404) 873-3631
fax: (404) 873-3633

ansley mall midtown atlanta
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: GP/ZPIYW9

DELIVER TO: CPU/COD

58773
**INVOICE NO.**

SOLD TO:
RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE: NOV 23 1999        ACCT. NO.: MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---------|------|------|-----|--------|--------|
| AIRTRAN AIRWAYS | 25NOV | FT LAUDERDALE | ATLANTA | 0730A | 0925A |
| FL 33       A | THU | FLL INTL | W B HARTSFIELD | EQP:D9S | |

AIR FARE 194.42        TAX 19.83        TOTAL USD        214.25
PROCESSING FEE        10.00

INVOICE TOTAL USD        224.25

PAYMENT: *CASH

RESERVATION NUMBER(S) DL/KKQBM3

CREECH/RYAN(FFY)        TICKET:        932 7950172831

DL  FREQUENT FLYER DL22901Y1341

.TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE. PHOTO ID IS REQUIRED.
.AIRTRAN RESERVATIONS ARE NON-REFUNDABLE. CHANGES ARE PERMITTED
UP TO 1 HR PRIOR TO DEPARTURE FOR A $50 FEE PLUS ANY INCREASE
IN FARE. TIMES ARE SUBJECT TO CHANGE. RECONFIRM RESERVATION
AT 770-994-8258 WITHIN 24 HRS OF DEPARTURE

CUSTOMER APPROVAL: X...........................

GOVERNMENT EXHIBIT 2(b)

INVOICE NUMBER 0000058773        00113

**AIRLINE TICKETS ☐ TOURS ☐ CRUISES**
CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

# ALL P●INTS
## *TRAVEL*

phone: (404) 873-3631
fax: (404) 873-3633

**ansley mall midtown atlanta**
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: GP/ZFIYW9



D
E
L
I
V
E
R
T
O

CPU/COD

58774

**INVOICE NO.**

S
O
L
D
T
O

RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE: NOV 23 1999    ACCT. NO.: MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---------|------|------|-----|--------|--------|
| DELTA AIR LINES | 24NOV | ATLANTA | FT LAUDERDALE | 0355P | 0543P |
| DL 1201    F | WED | W B HARTSFIELD | FLL INTL | EQP:L10 | |

AIR FARE 426.05      TAX 37.20      TOTAL USD      463.25

INVOICE TOTAL USD      463.25

PAYMENT: xCASH

RESERVATION NUMBER(S) DL/KKQBM3

CREECH/RYAN(FFY)                    TICKET:      006 7950172632

DL    FREQUENT FLYER DL2290191341

.TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE, PHOTO ID IS REQUIRED.
.THESE TICKETS ARE REFUNDABLE, ANY CHANGES MAY BE SUBJECT
TO AVAILABILITY AND POSSIBLE A FARE INCREASE
        CUSTOMER APPROVAL: X.....................................



GOVERNMENT
EXHIBIT
2(C)

INVOICE NUMBER 0000058774

00114

## AIRLINE TICKETS ☐ TOURS ☐ CRUISES
**CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.**

# ALL PINTS
## *T R A V E L*

phone: (404) 873-3631
fax: (404) 873-3633

**ansley mall midtown atlanta**
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: NM/ZWZPYR

DELIVER TO

CPU/COD

57068
**INVOICE NO.**

SOLD TO

RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE:  OCT 18 1999        ACCT. NO.:   MTSC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| AIRTRAN AIRWAYS | 19OCT | ATLANTA | FT LAUDERDALE | 1000A | 1150A |
| FL 352      B | TUE | W B HARTSFIELD | FLL INTL | | |
| | | | TERMINAL 3 | | |
| BAGGAGE 2 PIECES | | | | NON STOP | |
| AIRCRAFT:D9S | | | | 1:50 DURATION | |
| | | | | | |
| AIRTRAN AIRWAYS | 19OCT | FT LAUDERDALE | ATLANTA | 0800P | 0951P |
| FL 110      B | TUE | FLL INTL | W B HARTSFIELD | | |
| | | TERMINAL 3 | | | |
| BAGGAGE 2 PIECES | | | | NON STOP | |
| AIRCRAFT:717 | | | | 1:51 DURATION | |

     AIR FARE 286.52      TAX 31.98          TOTAL USD          318.50
                                   PROCESSING FEE                10.00

                                    INVOICE TOTAL USD            328.50

PAYMENT: *CASH

CREECH/RYAN*                              TICKET:          352 7848954464

.TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE, PHOTO ID IS REQUIRED.
.AIRTRAN RESERVATIONS ARE NON-REFUNDABLE. CHANGES ARE PERMITTED
UP TO 1 HR PRIOR TO DEPARTURE FOR A $50 FEE PLUS ANY INCREASE
IN FARE. TIMES ARE SUBJECT TO CHANGE. RECONFIRM RESERVATION
AT 770-994-8258 WITHIN 24 HRS OF DEPARTURE.
SEAT ASSIGNMENTS AVAILABLE AT CHECK-IN ONLY.
.THANK YOU FOR ALLOWING ME TO PLAN YOUR TRAVEL.
YOUR PERSONAL TRAVEL PLANNER IS NEAL MILLER
        CUSTOMER APPROVAL: X..........

**GOVERNMENT EXHIBIT**
**2(d)**
PENGAD-Bayonne, N. J.

00115

INVOICE NUMBER 0000057068

## AIRLINE TICKETS ☐ TOURS ☐ CRUISES

CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

# ALL P☉INTS
## *TRAVEL*

**phone: (404) 873-3631**
**fax: (404) 873-3633**

ansley mall midtown atlanta
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: NM/ZOH4NE

DELIVER TO:   CPU/COD

**58075**
**INVOICE NO.**

SOLD TO:
RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE: NOV 08 1999    ACCT. NO.:   MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| AIRTRAN AIRWAYS FL 357   A | 09NOV TUE | ATLANTA W B HARTSFIELD | FT LAUDERDALE FLL INTL TERMINAL 3 | 1000A | 1150A |
| | | BAGGAGE 2 PIECES AIRCRAFT:D9S | | NON STOP 1:50 DURATION | |
| AIRTRAN AIRWAYS FL 110   A | 09NOV TUE | FT LAUDERDALE FLL INTL TERMINAL 3 | ATLANTA W B HARTSFIELD | 0800P | 0947P |
| | | BAGGAGE 2 PIECES AIRCRAFT:717 | | NON STOP 1:47 DURATION | |

AIR FARE 388.84     TAX 39.66     TOTAL USD     428.50
PROCESSING FEE     10.00

INVOICE TOTAL USD     438.50

PAYMENT: *CASH

CREECH/RYAN     TICKET:     332 7949613412

.TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE, PHOTO ID IS REQUIRED.
.AIRTRAN RESERVATIONS ARE NON-REFUNDABLE. CHANGES ARE PERMITTED
UP TO 1 HR PRIOR TO DEPARTURE FOR A $50 FEE PLUS ANY INCREASE
IN FARE. TIMES ARE SUBJECT TO CHANGE. RECONFIRM RESERVATION
AT 770-994-8258 WITHIN 24 HRS OF DEPARTURE.
SEATS ASSIGNED WERE BEST AVAILABLE AT TIME OF BOOKING.
INQUIRE AT GATE FOR POSSIBLE REASSIGNMENT
.THANK YOU FOR ALLOWING ME TO PLAN YOUR TRAVEL
YOUR PERSONAL TRAVEL PLANNER IS NEAL MILLER
     CUSTOMER APPROVAL: X..........

**GOVERNMENT EXHIBIT**
2(e)

INVOICE NUMBER 0000058075

00116

**AIRLINE TICKETS ☐ TOURS ☐ CRUISES**

CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

# ALL P🌐INTS
## *T R A V E L*

phone: (404) 873-3631
fax: (404) 873-3633

ansley mall midtown atlanta
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**



SALES AGT: TC/ZBEKEK

| DELIVER TO | CPU |

**61826**
**INVOICE NO.**

SOLD TO

RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE:  FEB 08 2000        ACCT. NO.:    MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---------|------|------|----|--------|--------|
| AIRTRAN AIRWAYS | 09FEB | ATLANTA | FT LAUDERDALE | 1000A | 1150A |
| FL 357    A | WED | W B HARTSFIELD | FLL INTL | EQP:D9S | |
| | | | | | |
| AIRTRAN AIRWAYS | 09FEB | FT LAUDERDALE | ATLANTA | 0800P | 0947P |
| FL 110    A | WED | FLL INTL | W B HARTSFIELD | EQP:D9S | |

```
        AIR FARE 411.16        TAX 41.84              TOTAL USD          453.00
                                         PROCESSING FEE                   10.00

                                          INVOICE TOTAL USD              463.00

PAYMENT: *CASH

CREECH/RYAN                                TICKET:    332 7004205529
```

.TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE, PHOTO ID IS REQUIRED.
.AIRTRAN RESERVATIONS ARE NON-REFUNDABLE. CHANGES ARE PERMITTED
UP TO 1 HR PRIOR TO DEPARTURE FOR A $50 FEE PLUS ANY INCREASE
IN FARE. TIMES ARE SUBJECT TO CHANGE. RECONFIRM RESERVATION
AT 770-994-8258 WITHIN 24 HRS OF DEPARTURE.
.THANK YOU FOR ALLOWING ME TO PLAN YOUR TRAVEL.
YOUR PERSONAL TRAVEL PLANNER IS TOM CHUBBUCK.
      CUSTOMER APPROVAL: X.........................................

GOVERNMENT
EXHIBIT
2(F)

INVOICE NUMBER 0000061826

00117

**AIRLINE TICKETS ☐ TOURS ☐ CRUISES**

CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

# ALL P●INTS
## *T R A V E L*

**phone: (404) 873-3631**
**fax: (404) 873-3633**

**ansley mall midtown atlanta**
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: TC/YGSTJX

DELIVER TO   CPU

62799
**INVOICE NO.**

SOLD TO
RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE:   FEB 29 2000        ACCT. NO.:   MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| AIRTRAN AIRWAYS | 29FEB | ATLANTA | FT LAUDERDALE | 0940P | 1125P |
| FL 723      A | TUE | W B HARTSFIELD | FLL INTL | EQP:D9S | |
| | | | | | |
| AIRTRAN AIRWAYS | 01MAR | FT LAUDERDALE | ATLANTA | 0800P | 0947P |
| FL 110      A | WED | FLL INTL | W B HARTSFIELD | EQP:D9S | |

```
      AIR FARE 420.46        TAX 42.54         TOTAL USD        463.00
                                        PROCESSING FEE           10.00

                                     INVOICE TOTAL USD         473.00
```

PAYMENT: *CASH

CREECH/RYAN                           TICKET:        332 7005418119

.TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE, PHOTO ID IS REQUIRED.
.AIRTRAN RESERVATIONS ARE NON-REFUNDABLE. CHANGES ARE PERMITTED
UP TO 1 HR PRIOR TO DEPARTURE FOR A $50 FEE PLUS ANY INCREASE
IN FARE. TIMES ARE SUBJECT TO CHANGE. RECONFIRM RESERVATION
AT 770-994-8258 WITHIN 24 HRS OF DEPARTURE.
.THANK YOU FOR ALLOWING ME TO PLAN YOUR TRAVEL.
YOUR PERSONAL TRAVEL PLANNER IS TOM CHUBBUCK.
      CUSTOMER APPROVAL: X..................................

GOVERNMENT
EXHIBIT
2(9)

00118

INVOICE NUMBER 0000062799

**AIRLINE TICKETS ☐ TOURS ☐ CRUISES**

CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

# ALL PINTS
## *TRAVEL*

phone: (404) 873-3631
fax: (404) 873-3633

**ansley mall midtown atlanta**
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: CL./ZNZRZM

DELIVER TO
CPU/COD

59969
INVOICE NO.

SOLD TO
RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE: DEC 27 1999      ACCT. NO.:   MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| AIRTRAN AIRWAYS FL 188    A | 28DEC TUE | FT LAUDERDALE FLL INTL | ATLANTA W B HARTSFIELD | 0300P DEP:738 | 0400P |
|  | AIR FARE 194.42 | TAX 19.83 |  | TOTAL USD | 214.25 |
|  |  |  | INVOICE TOTAL USD |  | 214.25 |

PAYMENT: *CASH

CREECH/RYAN                          TICKET:        332 7001184412

  TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE. PHOTO ID IS REQUIRED
 AIRTRAN RESERVATIONS ARE NON-REFUNDABLE. CHANGES ARE PERMITTED
UP TO 1 HR PRIOR TO DEPARTURE FOR A $50 FEE PLUS ANY INCREASE
IN FARE. TIMES ARE SUBJECT TO CHANGE. RECONFIRM RESERVATION
AT 770-994-8258 WITHIN 24 HRS OF DEPARTURE.
SEAT ASSIGNMENTS AVAILABLE AT CHECK-IN ONLY.
          CUSTOMER APPROVAL: X..............



GOVERNMENT
EXHIBIT
2(h)

INVOICE NUMBER 0000059969                                    00119

**AIRLINE TICKETS** □ **TOURS** □ **CRUISES**

CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

# ALL P☉INTS
## *T R A V E L*

**phone: (404) 873-3631**
**fax: (404) 873-3633**

**ansley mall midtown atlanta**
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: CL/XZBCG
599



DELIVER TO
CPU/COD

INVOI

SOLD TO
RYAN CREECH
1270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE: DEC 27 1999     ACCT. NO.:   MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIV |
|---|---|---|---|---|---|
| UNITED AIRLINES | 27DEC | ATLANTA | MIAMI | 0908A | 1035A |
| UA 1217    H | MON | W B HARTSFIELD INTERNATIONAL | EDT:22S | |

AIR FARE 150.56          TAX 16.69               TOTAL USD          169.2
                                        PROCESSING FEE          10.0

                                         INVOICE TOTAL USD          179.2

PAYMENT: XCASH

RESERVATION NUMBER(S) UA/QTSHNY

CREECH/RYAN                                       TICKET:UA/ETKT 016 7901181

.TRAVELERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE, PHOTO ID IS REQUIRED.
.THESE TICKETS ARE NON-REFUNDABLE AND NON-TRANSFERABLE
CHANGE FEE IS $75 PLUS ANY APPLICABLE FARE INCREASE.
SEAT ASSIGNMENTS AVAILABLE AT CHECK-IN ONLY.
          CUSTOMER APPROVAL: X.........



INVOICE NUMBER 0000059970                          00120

**AIRLINE TICKETS ☐ TOURS ☐ CRUISES**

# ALL P◉INTS
## *T R A V E L*

**phone: (404) 873-3631**
**fax: (404) 873-3633**

**ansley mall midtown atlanta**
**1544 Piedmont Avenue**
**Atlanta, Georgia 30324**

SALES AGT: SK/ZGMTMT

DELIVER TO
CPU/COD

59727
INVOICE NO.

SOLD TO
RYAN CREECH
270 W PEACHTREE ST
APT 15C
ATLANTA GA 30309

DATE: DEC 15 1999     ACCT. NO.:   MISC

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| AIRTRAN AIRWAYS | 15DEC | ATLANTA | FT LAUDERDALE | 0530P | 0714P |
| FL 111        A | WED | W B HARTSFIELD | FLL INTL | EQP:D9S | |
| AIRTRAN AIRWAYS | 16DEC | FT LAUDERDALE | ATLANTA | 1220P | 0214P |
| FL 298        A | THU | FLL INTL | W B HARTSFIELD | EQP:D9S | |

```
         AIR FARE 388.84        TAX 39.66        TOTAL USD          428.50
                                       ORIGINAL FARE PAID          -214.25
                                          PROCESSING FEE             10.00

                                          INVOICE TOTAL USD        224.25

PAYMENT: 0/*CASH+/XCASH
```

CREECH/RYAN                                   TICKET:      332 7951313860

```
.TRAVELLERS ARE ADVISED TO ARRIVE AT AIRPORT 1 HR PRIOR TO
DEPARTURE, PHOTO ID IS REQUIRED.
.AIRTRAN RESERVATIONS ARE NON-REFUNDABLE, CHANGES ARE PERMITTED
UP TO 1 HR PRIOR TO DEPARTURE FOR A $50 FEE PLUS ANY INCREASE
IN FARE. TIMES ARE SUBJECT TO CHANGE. RECONFIRM RESERVATION
AT 770-994-8258 WITHIN 24 HRS OF DEPARTURE.
SEATS ASSIGNED WERE BEST AVAILABLE AT TIME OF BOOKING.
INQUIRE AT GATE FOR POSSIBLE REASSIGNMENT.
.THANK YOU FOR ALLOWING ME TO PLAN YOUR TRAVEL
YOUR PERSONAL TRAVEL PLANNER IS SARAH KAY.
        CUSTOMER APPROVAL: X.........
```

GOVERNMENT
EXHIBIT
2 (j)

INVOICE NUMBER 0000059727

## AIRLINE TICKETS  ☐  TOURS  ☐  CRUISES

00121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,          :

        Plaintiff,          :

v.          :

ROBBIE ACEVEDO, et al.,   :

        Defendants.          :



_____

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on April 4, 1999, a hearing was held to determine whether the defendant **Robbie Acevedo** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this defendant as required and/or the safety of any other person and the community. Therefore, it is hereby ordered that the defendant **Robbie Acevedo** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

    1.   The defendant is charged with conspiracy and possession of methylenedioxymethamphetamine (MDMA) with intent to distribute, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

*Attachment A*

Therefore, the defendant is charged with offenses involving a controlled substance. 18 U.S.C. § 3142(g)(1).

2. The weight of the evidence against the defendant is substantial. Government witnesses will testify that Robbie Acevedo and William Eric Crawford were members of an organization responsible for in the importation from Amsterdam of approximately five million MDMA tablets per month. Co-defendant Ryan Evans Creech stated that he participated in more than twenty-two trips between Fort Lauderdale, Florida and Atlanta, Georgia, during which he transported MDMA tablets to Atlanta and money to Florida. Creech transported approximately 7,000 tablets per trip. He delivered the money for tablets sold in Atlanta to Crawford, who, in turn, delivered it to Acevedo. Crawford also obtained the MDMA tablets from Acevedo, which he turned over to Creech for transportation to Atlanta.

On March 1, 2000, surveillance agents followed Creech to Crawford's apartment. Creech entered the apartment, carrying a backpack. Crawford then left his residence, carrying the backpack that Creech had brought into the house. Crawford was followed to Acevedo's residence, which he entered while carrying the same backpack. Crawford left the residence, with the backpack, and picked up Creech. Thereafter, the Florida Highway Patrol stopped Crawford and Creech for speeding. A narcotics detection dog alerted to the vehicle, a search of which revealed 7,000 MDMA tablets contained within the backpack.

2

Subsequently, Acevedo consented to a search of his residence, during the course of which agents recovered $20,000 in cash in a safe. This was the amount that, according to Creech, had been delivered to Crawford for drugs sold in Atlanta. Crawford and Acevedo made post-arrest statements in which they admitted their involvement in the March 1 transaction. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the defendant are that he has strong ties to this community and does not appear to be a risk of flight. However, the defendant currently is on supervised release following a federal conviction in the Southern District of Illinois for conspiracy to distribute MDMA. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. There is probable cause to believe the defendant conspired to possess, and did possess with intent to distribute a substantial quantity of methylenedioxymethamphetamine (MDMA), offenses punishable by more than ten years under the Controlled Substances Act, 21 U.S.C. § 801, et seq. Accordingly, the defendant constitutes a danger to the community. 18 U.S.C. § 3142(g)(4).

5. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required and/or the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded

3

that this defendant presents a danger to the community.  The Court hereby directs:

(a)  That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b)  That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of April, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE


Copies to:

AUSA Roger Powell (FTL)
Pretrial Services (FTL)
Brad Goldbloom, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,        :

          Plaintiff,        :

v.        :

ROBBIE ACEVEDO, et al.,        :

          Defendants.        :



## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on April 4, 1999, a hearing was held to determine whether the defendant **William Eric Crawford** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this defendant as required and/or the safety of any other person and the community. Therefore, it is hereby ordered that the defendant **William Eric Crawford** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged with conspiracy and possession of methylenedioxymethamphetamine (MDMA) with intent to distribute, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

*Attachment B*

Therefore, the defendant is charged with offenses involving a controlled substance. 18 U.S.C. § 3142(g)(1).

2. The weight of the evidence against the defendant is substantial. Government witnesses will testify that Robbie Acevedo and William Eric Crawford were members of an organization responsible for in the importation from Amsterdam of approximately five million MDMA tablets per month. Co-defendant Ryan Evans Creech stated that he participated in more than twenty-two trips between Fort Lauderdale, Florida and Atlanta, Georgia, during which he transported MDMA tablets to Atlanta and money to Florida. Creech transported approximately 7,000 tablets per trip. He delivered the money for tablets sold in Atlanta to Crawford, who, in turn, delivered it to Acevedo. Crawford also obtained the MDMA tablets from Acevedo, which he turned over to Creech for transportation to Atlanta.

On March 1, 2000, surveillance agents followed Creech to Crawford's apartment. Creech entered the apartment, carrying a backpack. Crawford then left his residence, carrying the backpack that Creech had brought into the house. Crawford was followed to Acevedo's residence, which he entered while carrying the same backpack. Crawford left the residence, with the backpack, and picked up Creech. Thereafter, the Florida Highway Patrol stopped Crawford and Creech for speeding. A narcotics detection dog alerted to the vehicle, a search of which revealed 7,000 MDMA tablets contained within the backpack.

Subsequently, Acevedo consented to a search of his residence, during the course of which agents recovered $20,000 in cash in a safe. This was the amount that, according to Creech, had been delivered to Crawford for drugs sold in Atlanta. Crawford and Acevedo made post-arrest statements in which they admitted their involvement in the March 1 transaction. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the defendant are that he has strong ties to this community and does not appear to be a risk of flight. However, the defendant has a prior state conviction for trafficking in cocaine. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. There is probable cause to believe the defendant conspired to possess, and did possess with intent to distribute a substantial quantity of methylenedioxymethamphetamine (MDMA), offenses punishable by more than ten years under the Controlled Substances Act, 21 U.S.C. § 801, et seq. Accordingly, the defendant constitutes a danger to the community. 18 U.S.C. § 3142(g)(4).

5. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required and/or the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded

3

that this defendant presents a danger to the community.  The Court
hereby directs:

(a)  That the defendant be committed to the custody
of the Attorney General for confinement in a corrections facility
separate, to the extent practical, from persons awaiting or serving
sentences or being held in custody pending appeal;

(b)  That the defendant be afforded reasonable
opportunity for private consultation with counsel; and

(c)  That, on order of a court of the United States
or on request of an attorney for the Government, the person in
charge of the corrections facility in which the defendant is
confined deliver the defendant to a United States Marshal for the
purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____
day of April, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Pretrial Services (FTL)
Jeffrey Voluck, Esq.