# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Ryan Creech (J)#      CASE NO: 00-6082-CR-Ferguson

AUSA: Roger Powell *present*      ATTNY: FPD: Pat Hunt

AGENT: DEA agent Robert Crispin      VIOL: _____

PROCEEDING: PTD HEARING/Arraignment      BOND REC: _____

BOND HEARING HELD (yes)/no      COUNSEL APPOINTED:

FILED by _____ B.C.
APR 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Govt proceeds by proffer / Risk of flight & danger

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Agent - Robert Crispin sworn

PTD ordered

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: 4-27-00  LSS  11:00AM

DATE: 4-12-00    TIME: 10:00am    TAPE # 00-025  PG # 1
840-2670

31