

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6082-CR-Ferguson

UNITED STATES OF AMERICA

vs

Ryan Creech                                              ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on    4-12-00   , where the Defendant was arraigned and plea of NOT GUILTY was entered.  Defendant and court-appointed/~~retaine~~ counsel of record will be noticed for trial by the District Court Judg assigned to this case.  The following information is current as of this date

DEFENDANT:            Address:  in Custody

                      Telephone:

DEFENSE COUNSEL:      Name:          FPD

                      Address:

                      Telephone:

BOND SET/CONTINUED:   $        PTD Ordered

Bond hearing held: yes  X   no____   Bond hearing set for_____

Dated this    12    day of      April      , 20 00 .

CLARENCE MADDOX
COURT/ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No.  00-025

cc: Clerk for Judge
    U. S. Attorney