HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by _____ D.C.
APR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT __RYAN CREECH__ CASE NO: __00-6082-CR-FERGUSON__

AUSA __ROGER POWELL / Mitrani__ ATTY __FPD__

Disc out /
2 weeks for mot 5-11                @ 526


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT __BERT HARRIS__ CASE NO: __00-6051-CR-DIMITROULEAS__

AUSA __KATHLEEN RICE / Mitrani__ ATTY __FPD__

Disc out - no pending motions
possible plea - 2 addl weeks          @ 561
for motions - May 11


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __4-27-00__   TIME __11:00__