```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
```

**THE UNITED STATES OF AMERICA,**   )
                                    )    CASE NUMBER
           PLAINTIFF,               )
                                    )
    VS.                             )    00-6082-CR-WDF
                                    )
**RYAN CREECH,**                    )    THIS VOLUME:
                                    )    PAGES 1 - 40
           DEFENDANT.               )
_____)

(TRANSCRIBED FROM TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING AND ARRAIGNMENT HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON WEDNESDAY, APRIL 12, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   **ROGER W. POWELL, A.U.S.A.**
                      500 EAST BROWARD BLVD., 7TH FLOOR
                      FT. LAUDERDALE, FL 33301 954/356-7392

FOR THE DEFENDANT:    **PATRICK M. HUNT, A.F.P.D.**
                      FEDERAL PUBLIC DEFENDER'S OFFICE
                      101 N.E. 3RD AVENUE, SUITE 202
                      FT. LAUDERDALE, FL. 33301 954 356-7436

                         CARL SCHANZLEH
                      OFFICIAL COURT REPORTER
                         U. S. COURTHOUSE
                   299 E. BROWARD BLVD., 202B
                   FORT LAUDERDALE, FLORIDA 33301
                           954 769-5488

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE