```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT LAUDERDALE DIVISION


            CASE NO. 00-6082-CR-FERGUSON
```

UNITED STATES OF AMERICA,          :

      Plaintiff,            :

v.                                 :

RYAN CREECH,                       :

      Defendant.            :

_____

### STATUS REPORT

A status conference was held in this cause on April 27, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided, and a discovery conference is to be scheduled.

    2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _1st_ day of May, 2000.

                                                  LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Federal Public Defender's Office (FTL)