| | UNITED STATES DISTRICT COURT |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | SOUTHERN DISTRICT OF FLORIDA |
| Vs. | Case No. 00–6082-CR-FERGUSON |
| ROBBIE ACHEVEDO, et al.,<br>Defendants.<br>_____/ | JUN 16 2000 |

## ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed, in open court, by the defendants, on May 30, 2000. The Court having considered the motion and advise of the government that it does not oppose such a motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **June 26, 2000, and Calendar Call is scheduled for 3:15 p.m. on Monday, July 03, 2000**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (5/30/00 to 7/03/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of June 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Roger Powell, AUSA, Bradley A. Goldbloom, Esq, Jeffrey M. Voluck, Esq and Patrick Hunt, AFPD

