CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUL 1 0 2000

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. 00-6082-CR     Date: 7-10-2000
Clerk: Valerie Thompkins   Reporter: Paul Haferling
USPO: _____     Interpreter: None
UNITED STATES OF AMERICA vs. Bahlue Acevedo,
William E. Crawford, Bryan E. Creech,

AUSA: Roger Powell
Defendant(s) Counsel: Bradley Goldbloom,
Jeffrey M. Voluck,
Patrick Hunt

Defendant(s) Present___ , Not Present___ In Custody___
Reason for hearing: Calendar Call

Result of hearing: _____

Case Continued to: 9-5-00 Time: 3:15 p.M. For: Change of Plea

59