UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6082-CR-WDF

UNITED STATES OF AMERICA,,
Plaintiff,

Vs.

ROBBIE ACHEVEDO,
WILLIAM E. CRAWFORD and
RYAN CHREECH,

Defendant.
_____/

## ORDER

**PLEASE TAKE NOTICE** that this matter has been set for a **Change of Plea,** on

**Friday, September 8, 2000** at **3:00 p.m.,** before the Honorable Wilkie D. Ferguson, Jr.,

United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _12th_ day of July 2000.

WILKIE D. FERGUSON, JR
UNITED STATES DISTRICT JUDGE

cc:
Roger Powell, AUSA
Bradley A. Goldbloom, Esq
Jeffrey M. Voluck, Esq
Patrick Hunt, AFPD

