UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

    v.   :

RYAN CREECH,   :

    Defendant.   :

_____:

### UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA DATE

Defendant, Ryan Creech, through counsel, respectfully moves for a continuance of the change of plea date in this matter by a period of two weeks, from the currently scheduled date of September 8, 2000, and in support states as follows:

1. Defendant was arraigned in this matter on April 12, 2000. At the previous calendar call, defense counsel's joint unopposed motion to continue was granted, and this matter was set for a change of plea as to all defendants on Friday September 8, 2000.

2. On information and belief, the government will be superseding the Indictment prior to the scheduled plea date, adding new charges and new defendants. Mr. Creech will still be resolving this matter by a change of plea, but simply asks for a brief continuance of the date.

3. Undersigned counsel is scheduled to take a long-awaited prepaid vacation overseas from September 5-15, 2000. Counsel respectfully asks the Court to reset this matter for a plea some time after his return on September 18, 2000. (Counsel will need time to review a written plea agreement with Mr. Creech at FDC prior to the entry of the plea, and would ask that the change of



plea be set for later that week, at the earliest.)

4. Mr. Creech is incarcerated, but concurs in the requested continuance. Roger Powell, the Assistant United States Attorney handling this matter for the government, has authorized counsel to represent that the government does not oppose the granting of the relief requested herein.

WHEREFORE, the Defendant Ryan Creech, through undersigned counsel, respectfully requests that the currently scheduled change of plea be continued by a period of at least two weeks.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Patrick M. Hunt
Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 31st day of August, 2000, to Assistant United States Attorney Roger Powell at 299 E. Broward Blvd. Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt