| | |
|---|---|
| DEFT: Ryan Creech (J)# | CASE NO: 00-6082-CR-Ferguson (s) |
| AUSA: Roger Powell /Thompson | ATTNY: FPD: Pat Hunt  present |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment on SS Indictment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House _____ Electronic Monitoring

FILED _____ D.C.
SEP 2 5 2000
[Clerk stamp]

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | |
| STATUS CONFERENCE: | | | |
| DATE: 9-25-00 | TIME: 11:00am | TAPE # 00-072 PG # 2559-2609 | 9 81 |