UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6082-CR-Ferguson (s)

UNITED STATES OF AMERICA

vs

Ryan Creech

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    9-25-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: In Custody

                   Telephone:

DEFENSE COUNSEL:   Name: FPD: Pat Hunt

                   Address:

                   Telephone:

BOND SET/CONTINUED: $ Cont'd in Custody

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this  25  day of  September , 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 00-072

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

