UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,
            Plaintiff,
     vs.

RYAN E. CREECH,
            Defendant.

**MINUTES**
**CHANGE OF PLEA**

SEP 26 2000

On September 26, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Patrick Hunt, AFPD appointed by the Court/retained by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) _____ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

    ( )   The Court proceeded to pronounce sentence.

    (X)   The Court postponed sentencing until **12/1/00 a**t 10:30 a.m.,

    ( )   and the defendant was allowed to remain on present bond until then;

    ( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

    ( )   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.


Judge **Wilkie D. Ferguson, JR.**
Reporter **Paul Haferling**
Clerk **Troy T. Walker**