UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | |
| RYAN CREECH, : | |
| Defendant. : | |
| ———————————— : | |



## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Ryan Creech, through counsel, respectfully moves for a continuance of his sentencing date from the currently scheduled date of December 1, 2000, to any date after the conclusion of the trial of his codefendants, and in support states as follows:

1. Defendant entered a guilty plea in this matter on September 26, 2000. At that time, sentencing was set for December 1, 2000.

2. As a part of his plea agreement, Mr. Creech is attempting to earn a sentence reduction by providing substantial assistance to the government. He has been debriefed on more than one occasion and has appeared before the grand jury. It is anticipated that he will be called upon to testify at the trial of his codefendants.

3. On information and belief, the trial of codefendant Kroll and others has been continued to an unknown date.

4. A brief continuance of the sentencing in this matter would allow Mr. Creech to complete his cooperation prior to imposition of sentence. That would allow the government to fully evaluate



Mr. Creech's assistance, and would give the Court a more complete understanding of all the relevant facts prior to sentencing Mr. Creech.

5. Counsel has spoken with Roger Powell, the Assistant United States Attorney who is handling this case for the government, who has advised counsel that the government has no objection to the granting of the relief requested in this motion. Counsel for Mr. Acevedo and Mr. Crawford, the codefendants scheduled for sentencing on the same day as Mr. Creech, have each filed motions to continue, and do not object to the granting of the requested relief.

6. Mr. Creech is currently incarcerated, but agrees that a continuance is necessary, and has asked counsel to file this motion on his behalf.

WHEREFORE, the Defendant Ryan Creech, through undersigned counsel, respectfully requests that the sentencing in this cause be continued until after the conclusion of the trial of his codefendants.

                KATHLEEN WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
        Patrick M. Hunt
        Assistant
        Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 571962
        101 N.E. 3rd Avenue, Suite 202
        Ft. Lauderdale, Florida 33301
        (954) 356-7436/FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 28th day of November, 2000 to Roger Powell, United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301; Jeff Voluck, Esq. at 1 East Broward Blvd, #700, Ft. Lauderdale, FL 33301, and Bradley Goldbloom, Esq. at 200 SE 6th Street, Suite 201, Ft. Lauderdale, FL 33301.

Patrick M. Hunt