SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _AM_ D.C.
DEC 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA.

CASE # 00-6082-TK-WPF

DEFENDANT _Ryan Creech_    JUDGE ____ WILKIE D. FERGUSON

Deputy Clerk __TROY T. WALKER__    DATE _Dec 1, 2000_

Court Reporter __Paul Haferling__    USPO _Frank Smith_

AUSA _Roger Powell_    Deft's Counsel _Patrick Hunt, FPD_

COUNTS DISMISSED ___All Others___
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/____ at _____ AM / PM

_Right to Appeal_

JUDGMENT AND SENTENCE

Imprisonment    Years    Months _70_    Counts _One_

Supervised Release _2 yrs_ . _See J & C for details_
_100 hours community service_
Probation    Years    Months    Counts

Comments _____

Assessment $ _100.00_    Fine $ _None_

Restitution /Other _____

CUSTODY
_X_ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _That the defendant be incarcerated as close to the State of Georgia as possible._

/52