UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,           :

        Plaintiff,           :

        v.           :

RYAN CREECH,           :

        Defendant.           :

_____:

FILED by _____ D.C.

DEC 14 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Sentencing, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is DENIED. The sentencing in this matter is hereby reset as follows: _____

_____

_____.

DONE AND ORDERED on this 14th day of December, 2000 at Fort Lauderdale, Florida. (xous fax 11/28/00)

UNITED STATES DISTRICT JUDGE

cc:   All counsel of record