# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| RYAN EVANS CREECH, (J) 55261-004 | Case Number: 0:00CR06082-003 |
| | Roger Powell, ASUA / Patrick Hunt, AFPD |
| **THE DEFENDANT:** | Defendant's Attorney |

- [X] pleaded guilty to count(s)  **One of a Fifty Count Indictment**
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

FILED by _____ D.C.
DEC 15 2000
RECEIVED INMATE SYSTEMS
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
DEC 15 2000

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to PWID Methylenedioxymethamphetamine (MDMA) | 03/01/2000 | 1 |

RECEIVED INMATE SYSTEMS DEC 15 2000
FDC MIAMI, FL

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [X] The defendant has been found not guilty on count(s)  **All Others**
- [X] Count(s)  **All Others**  are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 |
| Defendant's Date of Birth: | 02/05/1977 |
| Defendant's USM No.: | 55261-004 |
| Defendant's Residence Address: | |
| **FDC - MIAMI** | |
| Miami | FL  33128 |
| Defendant's Mailing Address: | |
| **FDC - MIAMI** | |
| Miami | FL  33128 |

12/01/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

12/14/00
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Date 12/15/00
Deputy Clerk

DEFENDANT: **RYAN EVANS CREECH, (J) 55261-004**
CASE NUMBER: 0:00CR06082-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __70__ month(s)_____.

**As to Count One of the Indictment**

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant is incarcerated at an institution in the State of Georgia.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __01-17-2001__ to **FEDERAL PRISON CAMP ATLANTA, GA 30315**

at _____, with a certified copy of this judgment.

W. Scott, WARDEN
~~UNITED STATES MARSHAL~~

By M. Navarro, ISS
~~Deputy U.S. Marshal~~