UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA

v.

RYAN CREECH,

            Defendant.
_____/

GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
PURSUANT TO RULE 35, FED. R. CRIM. P.

    **COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully moves this Honorable Court for a reduction in sentence for Defendant Ryan Creech, pursuant to Title 18, United States Code, Section 3553(e) and Rule 35, Fed. R. Crim. P. and in support thereof states as follows:

    1.   On September 26, 2000, Defendant Ryan Creech pled guilty to count one of the indictment charging him with conspiracy to possess with intent to distribute MDMA, in violation of Title 21, United States Code, Section 846. On December 1, 2000, Defendant Creech was sentenced to serve 70 months' imprisonment followed by 2 years supervised release.

2. Prior to entering his plea, Defendant Creech began to cooperate with the United States in the investigation and prosecution of other members of the drug organization. The defendant was a cooperating witness in <u>United States v. Jonathan Kroll, Larry Hall, Howard Smith, and Lisa Norton</u>, Case No. <u>00-6082-CR-FERGUSON(s)</u>. Defendant Creech was prepared, thorough and credibly reported to law enforcement the historical events of the drug organization which resulted in the government obtaining a superseding indictment. As a cooperating witness Defendant Creech was one of the key factors in obtaining pleas of guilty by all four defendants in the superseding indicted case. Defendant Creech also took part in recent wire tap investigation that has produced the identity of 14 additional narcotics distributors in the Southern District of Florida who are now pending grand jury investigation and indictment.

3. The United States certifies that Defendant Creech has rendered substantial assistance as that term is defined in Rule 35, of the Federal Rules of Criminal Procedure.

4. In connection with this request, the Government notes that, according to <u>F. R. Crim. P.</u> 43(c)(4), a reduction in the defendant's sentence by this Court pursuant to Rule 35(b) does not require the presence of the defendant or the necessity of oral argument on the Motion.

**WHEREFORE**, the United States requests this Court enter an

Order reducing Defendant Creech's sentence of 70 months' imprisonment by 50% or 35 months' imprisonment in recognition of Defendant Creech's continued cooperation.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By: _____
      ROGER W. POWELL
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No.: 341411
      500 East Broward Blvd., Suite 700
      Ft. Lauderdale, Florida 33394
      Tel:(954) 356-7255, Fax: 356-7336

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion on the _30th_ of November 2001, was mailed to:

      Mr. Patrick M. Hunt, Esq.
      Attorney for Defendant Creech
      Assistant Federal Public Defender
      101 N.E. 3rd Avenue, Suite 202
      Fort Lauderdale, FL  33301

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY