FILED by ___

DEC 19 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.
                      Case No.  00-6082-CR-FERGUSON

RYAN CREECH,
    Defendant.
_____/

## ORDER ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35, FED. R. CRIM. P

On Motion of the Government, which is unopposed by the defendant, the

sentence imposed herein, 70 months imprisonment, is reduced to 35 months,

to be followed by 2 years of supervised release.  All other conditions are

unchanged by this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___19TH___ day of

December 2001.

_____
    WILKIE D. FERGUSON, JR.,
    UNITED STATES DISTRICT JUDGE

Roger Powell, AUSA,
Patrick Hunt, AFPD
 U.S. Marshal and U.S. Probation Office