DEC 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                        Case No. 00-6082-CR-FERGUSON

RYAN CREECH, 55261-004
    Defendant.
_____/

### ORDER ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35, FED. R. CRIM. P

On Motion of the Government, which is unopposed by the defendant, the sentence imposed herein, 70 months imprisonment, is reduced to 35 months, to be followed by 2 years of supervised release. All other conditions are unchanged by this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of December 2001.

                                      WILKIE D. FERGUSON, JR.,
                                      UNITED STATES DISTRICT JUDGE

Roger Powell, AUSA,
Patrick Hunt, AFPD
U.S. Marshal and U.S. Probation Office

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Karen_____ Deputy Clerk
Date 12-20-01

Order received via U.S. Mail 01-09-2002 at the
Federal Prison Camp at ATlanta, Georgia and
said order hereby executed that date.
R. Wiley, Warden
by: M. Navarro, Inmate Systems Supervisor