PkOB 12B  
(SD/FL 9/96)

SD/FL PACTS No.63466

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6082-CR-GRAHAM



FILED by _____ D.C.

JUL 28 2004

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: CREECH, Ryan

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson Jr., Judge, U.S. District Court, Miami, FL. Case reassigned on July 10, 2003, to: The Honorable Donald L. Graham, Judge, U.S. District Court, Miami, FL.

Date of Original Sentence: December 1, 2000

Original Offense: Count One: Conspiracy to Possess With Intent to Distribute Methylenedioxymethamphetamine (MDMA), 21 USC § 846, a Class "C" felony.

Original Sentence: Seventy (70) months custody of the Bureau of Prisons to be followed by two (2) years supervised release and a $100 Special Assessment. As a special condition, 100 hours of community service over the period of supervision.

December 19, 2001, pursuant to an Order on Motion For Reduction of Sentence, the imprisonment was reduced to thirty-five (35) months Bureau of Prisons with all other conditions remaining unchanged.

Type of Supervision: Supervised Release          Date Supervision Commenced: September 13, 2002

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall complete 50 additional hours of Community Service Work at a site approved by the United States Probation Officer.**



PROB 12B  
(SD/FL 9/96) SD/FL PACTS No.63466

Page 2     Name of Offender: CREECH, Ryan     Case No. 00-6082-CR-GRAHAM

# CAUSE

**Violation of Mandatory Condition,** by failing to refrain from a violation of the law. On or about May 15, 2004, in Athens-Clark County, Georgia, the defendant Operated a Motor Vehicle while Under the Influence of Alcohol, contrary to Georgia Statue 40-6-391.

The above-mentioned case was originally sentenced in the Southern District of Florida. Since his release from Prison, the defendant has resided in the Northern District of Georgia. United States Probation Officer, Linda M. Palmer advises the defendant has been compliant up to the current arrest. He has completed his court ordered community service hours and paid his special assessment in full.

On May 15, 2002, Mr. Creech was arrested in Athens, Georgia for the offense of Driving Under the Influence. According to the incident report, he registered a .18 blood alcohol content. Mr. Creech contacted the United States Probation Office and advised of his arrest. He has a scheduled court date of July 17, 2004, for the above-mentioned arrest.

By signing the enclosed Prob 49, Waiver of Hearing to Modify Conditions of Probation or Extend Term of Supervision, Mr. Creech has agreed to modify his supervised release to complete 50 hours of community service work.

**Assistant U.S. Attorney**: On July 12, 2004, Assistant United States Attorney Roger Powell was contacted and he advised he had no objections to the above-requested modification.

Respectfully submitted,

by _____  
Lawrence Martin  
U.S. Probation Officer  
Phone: (305) 808-6425  
Date: July 9, 2004

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

July 21, 2004  
Date